# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES W. BANE  
658 ARBOR CIRCLE  
MCHENRY, IL 60051

SSN-xxx-xx-3349

Case Number: 08-72132

Case filed on: 7/5/2008  
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $525.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES W. BANE | 0.00 | 0.00 | 482.04 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 482.04 | 0.00 |
| 001 | KOVITZ SHIFRIN NESBIT | 4,048.11 | 2,605.00 | 20.00 | 0.00 |
| 002 | MCHENRY COUNTY TREASURER | 4,480.00 | 4,480.00 | 20.00 | 0.00 |
| 003 | WASHINGTON MUTUAL BANK | 20,527.47 | 20,000.00 | 0.00 | 0.00 |
|  | Total Secured | 29,055.58 | 27,085.00 | 40.00 | 0.00 |
| 001 | KOVITZ SHIFRIN NESBIT | 0.00 | 144.31 | 0.00 | 0.00 |
| 002 | MCHENRY COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT PROTECT ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DEPENDON COLLECTION SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PREMIER BANKCARD/CHARTER | 411.87 | 41.19 | 0.00 | 0.00 |
| 009 | HSBC BANK N/A | 576.35 | 57.63 | 0.00 | 0.00 |
| 010 | IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | IL DEPT OF HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | KCA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MED BUSI BUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PELLETTIERI & HENNINGS PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 988.22 | 243.13 | 0.00 | 0.00 |
|  | Grand Total: | 30,043.80 | 27,328.13 | 522.04 | 0.00 |

Total Paid Claimant: $522.04  
Trustee Allowance: $2.96  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008           By  /s/Heather M. Fagan